IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLUE RIDGE INS. CO. | : | CIVIL ACTION |
|  | : | NO. 02-4723 |
| v. | : | |
|  | : | |
| CHRISTOPHER J. COSMOS and | : | |
| and OLD GUARD INSURANCE | : | |
| COMPANY | : | |

**O R D E R**

AND NOW, this 25th day of September, 2002, it is hereby ORDERED and DECREED that the scheduling conference set for October 8, 2002 at 2:00 p.m. is rescheduled to October 8, 2002 at 3:00 p.m. via telephone. Counsel for the plaintiff will be responsible for contacting all parties, at which time you may telephone Judge Rufe's chambers at (267)-299-7490.

BY THE COURT:

**CYNTHIA M. RUFE, J.**