IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BLUE RIDGE INS. CO.** | : | CIVIL ACTION |
| | : | NO. 02-4723 |
| v. | : | |
| | : | |
| **CHRISTOPHER J. COSMOS and** | : | |
| **and OLD GUARD INSURANCE** | : | |
| **COMPANY** | : | |

## S C H E D U L I N G   O R D E R

AND NOW, this ____ day of October, 2002, after conference with counsel, the Court hereby enters the following scheduling order to govern further proceedings in this case:

(1) All motions to join or add additional parties or to amend the pleadings shall be filed within thirty (30) days of the date of this Order.

(2) All discovery shall be completed by November 30, 2002.

(3) All motions for summary judgment and cross-motions for summary judgment, as well as any stipulations of fact related thereto, shall be filed by December 16, 2002.

(4) Responses to motions for summary judgment shall be filed within thirty (30) days of the date of filing of said motions.

(5) All requests for leave to file reply briefs and/or surreply briefs, if necessary, shall be made by written motion.

**BY THE COURT:**

_____
**CYNTHIA M. RUFE,  J.**