IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BLUE RIDGE INSURANCE CO.                    CIVIL ACTION

V.                                          NO.:  02-4723

CHRISTOPHER J. COSMAS and
OLD GUARD INSURANCE COMPANY

## ORDER

AND NOW, this          day of                    , 2002, it is ORDERED and DECREED that the deadlines as set forth in the Scheduling Order of October 8, 2002 be extended thirty (30) days.

BY THE COURT:

_____
                                                                                J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BLUE RIDGE INSURANCE CO.                CIVIL ACTION

V.                                      NO.:  02-4723

CHRISTOPHER J. COSMAS and
OLD GUARD INSURANCE COMPANY

### MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES

Defendant, Christopher J. Comas (incorrectly identified as Christopher J. Cosmos) hereby moves this Honorable Court by and through his attorneys, Stampone, D'Angelo & Renzi, P.C., for a thirty (30) day extension of the Scheduling Order deadlines for the following reasons:

1. The October 8, 2002 Scheduling Order designates, inter alia, that all discovery shall be completed by December 2, 2002; all Motions for Summary judgment and Cross Motions for Summary Judgment, as well as any Stipulations of Fact related thereto, shall be filed by December 16, 2002; and responses to Motion for Summary Judgment shall be filed within thirty (30) days of the date of filing of said motions.

2. On or about December 10, 2002, a Stipulation of Facts has been submitted by the parties to the Court.

3. Because of his trial schedule, counsel for Defendant, Christopher J. Cosmas, has not had the opportunity to prepare a Motion for Summary Judgment, and intends to use the relative inactivity of the holiday season to prepare said motion.

4. Counsel for Defendant, Christopher J. Cosmas has spoken to both counsel for Plaintiff, Blue Ridge Insurance Company and counsel for Defendant, Old Guard Insurance Company, and neither counsel has communicated any opposition to this extension request.

WHEREFORE, Defendant, Christopher J. Cosmas, respectfully requests that this Court enter an Amended Scheduling Order extending all deadlines by thirty (30) days.

Respectfully submitted,

STAMPONE, D'ANGELO & RENZI, P.C.

By:_____
    Rudolph V. De George, II, Esquire
    Attorney for Defendant,
    Christopher J. Cosmas

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLUE RIDGE INSURANCE CO. | CIVIL ACTION |
| V. | NO.: 02-4723 |
| CHRISTOPHER J. COSMAS and OLD GUARD INSURANCE COMPANY | |

## CERTIFICATE OF SERVICE

RUDOLPH V. DE GEORGE, II, ESQUIRE, hereby certifies that Defendant, Christopher J. Cosmas' Motion for Extension of Discovery Deadline, was served via first class mail on the following:

Timothy Burdette, Esquire
ANSTANDIG, MCDYER, BURDETTE & YURCON
1300 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219-1911

Allan C. Molotsky, Esquire
POST & SCHELL
1800 John F. Kennedy Boulevard
Philadelphia, PA 19103-7480

STAMPONE, D'ANGELO & RENZI, P.C.

Dated:_____     By:_____
Rudolph V. De George, II, Esquire
Attorney for Defendant,
Christopher J. Cosmas